UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |  |
|---|---|---|
| Michael Hughes, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:15-cv-00355-RBH |
| | ) | |
| GE Disability Pension Plan, | ) | |
| | ) | |
| Defendant. | ) | |

# CONSENT ORDER

This case comes before the Court on the parties' Joint Motion For Stay (Dkt 14).

It appearing to the Court that good cause for a stay of the proceedings in this matter has been shown;

IT IS THEREFORE ORDERED that the proceedings in this matter are stayed for 60 days beginning on the date of entry of this Order. The parties shall file a status report with the Court at the expiration of the 60-day period (when the stay is lifted) to alert the Court to the status of this matter, including whether it is necessary for the Court to reinstate the action and issue a revised scheduling order setting new deadlines for mediation and submission of cross memoranda for judgment.

September 17, 2015                                     s/ R. Bryan Harwell
Florence, South Carolina                               R. Bryan Harwell
                                                       United States District Judge